

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-16-00261-CV

**IN THE INTEREST OF A.A.V., JR., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01521
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

 This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. On May 17, 2016, a supplemental clerk's record was filed containing a final order of termination signed by the trial court on May 12, 2016. Because the notice of appeal was prematurely filed, the notice of appeal is deemed filed on May 12, 2016. *See* TEX. R. APP. P. 27.1(a). Accordingly, the reporter's record was due to be filed in this appeal on May 23, 2016. *See* TEX. R. APP. P. 35.1(b).

 The reporter's record has not, however, been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court